| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF CALIFORNIA |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Heritage Home Furnishings, LLC

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names  
DBA  Minerva's Home Furnishings

**3. Debtor's federal Employer Identification Number** (EIN)  
94-3444621

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **250 Market St** <br> **Turlock, CA 95380** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Stanislaus** <br> County | Location of principal assets, if different from principal place of business <br><br> Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  
https://www.minervashome.com/

**6. Type of debtor**  
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor **Heritage Home Furnishings, LLC**     Case number (*if known*) _____
         Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__4491__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

    ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ■ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

Debtor **Heritage Home Furnishings, LLC**  Case number (*if known*) _____
       Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district?***  *Check all that apply:*
■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)
☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other _____

**Where is the property?** _____
  Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**  *Check one:*
☐ Funds will be available for distribution to unsecured creditors.
■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**
■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**
☐ $0 - $50,000
■ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Official Form 201   **Voluntary Petition for Non-Individuals Filing for Bankruptcy**   page 3

| Debtor | **Heritage Home Furnishings, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

☐ $50,001 - $100,000         ☐ $10,000,001 - $50 million         ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000        ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million       ☐ More than $50 billion

Debtor **Heritage Home Furnishings, LLC**
Name

Case number (*if known*)

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 10, 2024**
MM / DD / YYYY

X **/s/ Fabiola Sanchez Sandoval**     **Fabiola Sanchez Sandoval**
Signature of authorized representative of debtor     Printed name

Title **Managing Member**

**18. Signature of attorney**

X **/s/ Brian S. Haddix**     Date **September 10, 2024**
Signature of attorney for debtor     MM / DD / YYYY

**Brian S. Haddix 230332**
Printed name

**Haddix Law Firm**
Firm name

**1224 I Street**
**Modesto, CA 95354-0912**
Number, Street, City, State & ZIP Code

Contact phone **(209) 338-1131**     Email address **bhaddix@modestobankruptcylaw.com**

**230332 CA**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Heritage Home Furnishings, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **American Express<br>PO Box 981535<br>El Paso, TX 79998-1535** | | **Business Platinum Card** | | | | **$58,203.00** |
| **American Express<br>PO Box 981535<br>El Paso, TX 79998-1535** | | **Business Amazon Prime Card** | | | | **$16,313.55** |
| **American Express<br>PO Box 981535<br>El Paso, TX 79998-1535** | | **Business Platinum Card** | | | | **$14,885.33** |
| **American Express, N.A.<br>ATTN Bankruptcy Dept<br>115 W Towne Ridge Pkwy<br>Sandy, UT 84070** | | **Business Line of Credit** | | | | **$77,871.83** |
| **CA Dept. of Tax Fee Admin<br>Speical Ops, MIC: 55<br>Sacramento, CA 94279-0055** | | **Sales Tax** | | | | **$450,000.00** |
| **CA Dept. of Tax Fee Admin<br>Speical Ops, MIC: 55<br>Sacramento, CA 94279-0055** | | | | $1.00 | $0.00 | $1.00 |
| **Chrysler Capital<br>ATTN Bankruptcy Dept<br>PO Box 961275<br>Fort Worth, TX 76161-1278** | | | | $61,571.55 | $0.00 | $61,571.55 |

Debtor **Heritage Home Furnishings, LLC**　　　　　　Case number *(if known)*　_____
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Isuzu Finance of America, Inc.**<br>**ATTN Agent for Process**<br>**2500 Westchester Ave STE 312**<br>**Purchase, NY 10577** | | | | $22,000.00 | $0.00 | $22,000.00 |
| **ODK Capital, LLC**<br>**c/o Amanda Garcia**<br>**330 N Brand Blvd STE 700**<br>**Glendale, CA 91203-2336** | | | | $265,000.00 | $0.00 | $265,000.00 |
| **U.S. Small Business Administration**<br>**Office of General Counsel**<br>**312 N Spring St 5th Flr**<br>**Los Angeles, CA 90012** | | | | $150,000.00 | $0.00 | $150,000.00 |
| **United Site Services of CA, Inc.**<br>**c/o 330 N Brand Blvd STE 700**<br>**Glendale, CA 91203-2336** | | **Services Rendered** | | | | $3,000.00 |
| **WebBank**<br>**ATTN Agent for Process**<br>**215 S State St STE 1000**<br>**Salt Lake City, UT 84111** | | | | $40,000.00 | $0.00 | $40,000.00 |

American Express
PO Box 981535
El Paso, TX 79998-1535


American Express, N.A.
ATTN Bankruptcy Dept
115 W Towne Ridge Pkwy
Sandy, UT 84070


CA Dept. of Tax Fee Admin
Speical Ops, MIC: 55
Sacramento, CA 94279-0055


Carlos P. Sandoval
1422 Barnum Ct
Turlock, CA 95380


Chrysler Capital
ATTN Bankruptcy Dept
PO Box 961275
Fort Worth, TX 76161-1278


Fabiola Sandoval Sanchez
9275 Linda Vista St
Turlock, CA 95380


IRS
PO Box 7346
Philadelphia, PA 19101-7346


Isuzu Finance of America, Inc.
ATTN Agent for Process
2500 Westchester Ave STE 312
Purchase, NY 10577


Jorge Sanchez
9275 Linda Vista St
Turlock, CA 95380


ODK Capital, LLC
c/o Amanda Garcia
330 N Brand Blvd STE 700
Glendale, CA 91203-2336

```
ODK Capital, LLC
c/o Aubrey Thrasher, LLC
1170 Peachtree St STE 1925
Atlanta, GA 30309


Scott Molinari
21 W Oak St
Lodi, CA 95240


U.S. Small Business Administration
Office of General Counsel
312 N Spring St 5th Flr
Los Angeles, CA 90012


United Site Services of CA, Inc.
c/o 330 N Brand Blvd STE 700
Glendale, CA 91203-2336


WebBank
ATTN Agent for Process
215 S State St STE 1000
Salt Lake City, UT 84111
```

# United States Bankruptcy Court
## Eastern District of California

In re **Heritage Home Furnishings, LLC**
Debtor(s)

Case No.
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Heritage Home Furnishings, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 10, 2024**
Date

**/s/ Brian S. Haddix**
**Brian S. Haddix 230332**
Signature of Attorney or Litigant
Counsel for **Heritage Home Furnishings, LLC**
**Haddix Law Firm**
**1224 I Street**
**Modesto, CA 95354-0912**
**(209) 338-1131**
**bhaddix@modestobankruptcylaw.com**